AUGUSTUS PORTER, PETER B. PORTER, BENJAMIN BARTON,
SHELDON THOMPSON, JACOB TOWNSEND, ALEXANDER
BRONSON AND NATHANIEL SILL, TRADING UNDER THE
FIRM OF SILL, THOMPSON & CO., *versus* RALPH LOCKWOOD
AND GEORGE LOCKWOOD, TRADING UNDER THE FIRM OF
RALPH LOCKWOOD & CO.

JOURNAL ENTRIES (1821): *Journal 3:* (1) Motion to quash writ *p. 197;
(2) writ quashed, reasons *p. 252.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) recog-
nizance; (4) bail piece; (5) motion to dismiss motion to quash writ.
*1821 Calendar*, MS p. 7.  Recorded in *Book A*, MS pp. 287–89.